# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALEXANDER ESTEVAO | ) | Case No. |
| | ) | 19-mj-6506-MPK |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   July 31, 2019 to October 11, 2019   in the county of   Barnstable & Plymouth   in the   District of   Massachsuetts   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(a)(1)(A);<br>26 U.S.C. 5861(d) | in that the defendant, not being a licensed dealer in firearms, did engage in the business of dealing in firearms; and in that the defendant did possess firearms, that is, two destructive devices commonly known as "pipe bombs," that were not registered to him in the National Firearms Registration and Transfer Record. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

David F. Simmons, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   10/17/2019

*Judge's signature*

City and state:   Boston, Massachusetts     Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*